IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. JFM-12-639 |
| CURTIS DANAHUE ABRAHAMS | |
|     a.k.a. "BRIAN MARKFORD" | |
|     a.k.a. "PAUL ALLEN" | |
|     a.k.a. "KEVIN PENDERGRASS" | |
|     a.k.a. "TRAVIS ROWSER" | |
|     a.k.a. "ACE" | |
| GARFIELD MULLINGS | |
|     a.k.a. "JIMMY LEE JEFFERY" | |
|     a.k.a. "KIRK JOHNSON" | |
|     a.k.a. "RODNEY RICHARDSON" | |
|     a.k.a. "KUMA" | |
| ONEIL JEROME FOSTER | |
|     a.k.a. "HARVEY GARVEY" | |
|     a.k.a. "HENRY ORTIZ" | |
|     a.k.a. "SANCHEZ" | |
|     a.k.a. "SANDMAN" | |
| COURTNEY WILLIAMS | |
|     a.k.a. "RUFUS" | |
|     and | |
| MARVIN BRYAN | |

        Defendants         \*
                            \*
                    \*\*\*\*\*\*\*

## MOTION TO UNSEAL INDICTMENT

## AND ALL DOCUMENTS

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Mushtaq Z. Gunja, Assistant United States Attorney for said District, moves this Honorable Court for an order unsealing the Indictment and all documents as to all of the defendants, **including Courtney Williams.** Each of the above-named defendants have been arrested and are in federal custody.

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be **unsealed**; and that one (1) copy of the signed Indictment be provided by the Clerk to the United States Attorney's Office.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: *[signature]*
Mushtaq Gunja
Assistant United States Attorney

**ORDERED** as prayed, this 5th day of April 2013

*[signature]* Timothy J. Sullivan
United States Magistrate Judge