

U.S. Department of Justice

United States Attorney
District of Maryland
Northern Division

| | | |
|---|---|---|
| *Rod J. Rosenstein*<br>*United States Attorney*<br><br>*Stefan D. Cassella*<br>*Assistant United States Attorney* | *36 South Charles Street*<br>*Fourth Floor*<br>*Baltimore, Maryland 21201* | *DIRECT: 410-209-4986*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-5130*<br>*TTY/TDD: 410-962-4462* |

April 17, 2013

Honorable J. Frederick Motz
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *United States v. Curtis Abrahams, et al.*
           Criminal No. JFM-12-0639

Dear Judge Motz:

    I write to provide a brief status report in this case. All of the defendants have been arraigned and the Government has begun the process of providing discovery to defense counsel. At this point, plea negotiations have begun in earnest and it appears that they will be fruitful with respect to at least some of the defendants. Accordingly, I request permission for the parties to submit a further status report in thirty days. If the parties have not resolved the case as to all defendants via guilty pleas at that point, I will request that the Court consider setting dates for motions hearings and trial at that time.

    Thank you for your consideration of this request.

                              Very truly yours,

                              Rod J. Rosenstein
                            United States Attorney

                            By:_____/s/_____
                            Stefan D. Cassella
                            Assistant United States Attorney