**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

United States of America
v.
CURTIS DANAHUE ABRAHAMS

Case No. JFM-12-0639

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Curtis Danahue Abrahams,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Marijuana, Money Laundering Conspiracy, and Money Laundering

Date: 12/11/2012

*Issuing officer's signature*

City and state: Baltimore, Maryland

Stephanie A. Gallagher USMJ
*Printed name and title*

### Return

This warrant was received on *(date)* 12/11/2012, and the person was arrested on *(date)* 12/11/2012
at *(city and state)* BALTIMORE, MD.

Date: 07/22/2013

for HSI
*Arresting officer's signature*

SA MARY NORN
*Printed name and title*